IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| STEVEN K. BUTTON, <br> *Plaintiff,* | § § § | |
| v. | § § | NO. MO:20-CV-00031 |
| THE RICHARDSON TRIDENT COMPANY, LLC, <br> *Defendant.* | § § § § | |

### ORDER

The Court has been notified the above styled case has settled, pursuant to the Advisory on Settlement (Doc. 23) filed October 21, 2021.

Accordingly, this case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case is ordered to file the papers necessary to dismiss this action on or before **THIRTY (30)** days from the docketing of this Order.

All pending motions, if any, are therefore **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 22nd day of October, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE